**Order filed March 7, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00018-CV
_____

**STANLEY ANEMELU AND ASHLEY ANEMELU, Appellants**

**V.**

**JOSE IRAHETA, Appellee**

**On Appeal from the County Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1106376**

## O R D E R

The clerk's record was filed February 15, 2019. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain:

- Judgement Debtor's Post-Judgment Motion to Suspend Enforcement of Judgment or Decrease Security for Supersedeas

The Harris County Court at Law Clerk is directed to file a supplemental clerk's record on or before March 14, 2019, containing the above listed item.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM